UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TIFFANY RECINOS ,

          Plaintiff,

v.

WASHINGTON STATE, et al.,

          Defendants.

Case No. C23-5433 RSM

**ORDER DENYING MOTION FOR EXTENSION OF TIME**

      This matter comes before the Court on Plaintiff's "Motion Extension to File NOA," Dkt. #11. Plaintiff states in a form filing that her laptop was hacked and that she is requesting an extension of time to file a notice of appeal. The reason for requesting the time is stated as "I was unaware of deadline." *Id*. at 2.

      This case was found to be duplicative and closed on June 12, 2023. Dkt. #8. Plaintiff filed a notice of appeal on October 18. Dkt. #9. The instant Motion was filed on November 17, 2023.

      Given all of the above, and after reviewing the Motion and the remainder of the record, the Court hereby finds and ORDERS that Plaintiff's Motion is DENIED as moot. Nothing contained in the Motion justifies the late filing of a notice of appeal or the untimeliness of the instant Motion. There is no relief the Court can grant under these circumstances. This case remains CLOSED.

      DATED this 30th day of November, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE